**Charles Edward BLACK**
**Plaintiff-Appellant**

v.

**James LINKER, Lieutenant, Pope County Detention Center, et al.**
**Defendants-Appellees**

**No. 16-3894**

United States Court of Appeals,
Eighth Circuit.

Submitted: July 27, 2017

Filed: August 1, 2017

---

1. The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

Charles Edward Black, Pro Se

John Myers, Hot Springs, AR, Clyde Burt Newell, Law Offices of C. Burt Newell, Hot Springs, AR, for Defendant-Appellee James Linker, Crystal Hull, Ballinger

Paul D. McNeill, RMP, LLP, Jonesboro, AR, for Defendant-Appellee Nathan Neilson

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

PER CURIAM.

Former Arkansas inmate Charles Black appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action, in which he alleged that defendants were deliberately indifferent to his serious medical needs. Upon careful de novo review, see Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (standard of review), we conclude that summary judgment was proper because Black failed to show that the alleged delays had a detrimental effect on his health, see Jackson v. Riebold, 815 F.3d 1114, 1119-20 (8th Cir. 2016); that defendants were deliberately indifferent, see Fourte v. Faulkner Cty., Ark., 746 F.3d 384, 387 (8th Cir. 2014); or that he was denied pain medication.

Accordingly, we affirm. See 8th Cir. R. 47B.

---

1. The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.